# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2015AP1331 |
| COMPLETE TITLE: | In Re:  Partnership Health Plan, Inc., Petitioner, Michael S. Polsky, Esq. as Chapter 128 Receiver of Community Health Partnership, Inc., Interested Party-Appellant-Petitioner, v. Office of the Commissioner of Insurance, Interested Party-Respondent. |

REVIEW OF A DECISION OF THE COURT OF APPEALS
Reported at 373 Wis. 2d 309, 895 N.W.2d 103
(2017 – Unpublished)

| | |
|---|---|
| OPINION FILED: | January 5, 2018 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | October 3, 2017 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Dane |
| JUDGE: | William D. Johnston and Richard G. Niess |

| | |
|---|---|
| JUSTICES: | |
| CONCURRED: | |
| DISSENTED: | |
| NOT PARTICIPATING: | ABRAHAMSON, J. withdrew from participation. |

ATTORNEYS:

For the interested party-appellant-petitioner, there were briefs filed by *Kevin L. Keeler*, *Michael S. Polsky*, *C. J. Murray*, and *Beck*, *Chaet*, *Bamberger & Polsky*, *S.C.*, Milwaukee, and an oral argument by *Kevin L. Keeler*.

For the interested party-respondent, there was a brief filed by *Patricia M. Gibeault*, *Steven A. Brezinski*, and *Axley Brynelson*, *LLP*, Madison, and an oral argument by *Steven Brezinski*.

**2018 WI 1**

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No.  2015AP1331
(L.C. No.  2013CV207)

STATE OF WISCONSIN  :  IN SUPREME COURT

In re: Partnership Health Plan, Inc.,

      Petitioner,

Michael S. Polsky, Esq. as Chapter 128 Receiver of Community Health Partnership, Inc.,

      Interested Party-Appellant-Petitioner,

  v.

Office of Commissioner of Insurance,

      Interested Party-Respondent.

**FILED**

**JAN 5, 2018**

Diane M. Fremgen
Clerk of Supreme Court

¶1  PER CURIAM.  The decision of the court of appeals is affirmed by an equally divided Court.

¶2  SHIRLEY  S.  ABRAHAMSON,  J.,  withdrew  from participation.